United States District Court
Southern District of Texas
**ENTERED**
August 14, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CECIL DEMMERIT BANKS, | § | |
| TDCJ #739119, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-22-3367 |
| | § | |
| CHARLEY VALDEZ, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

For the reasons set forth in the court's Memorandum Opinion and Order entered on this date, this action is **DISMISSED WITH PREJUDICE**.

This is a **FINAL JUDGMENT**.

**The Clerk is directed to provide a copy of this Final Judgment to the plaintiff.**

**SIGNED** at Houston, Texas, on this 14th day of August, 2023.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE